CAAP-16-0000652

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CH1R, LTD., a Hawaii corporation,
Plaintiff-Appellant,
v.
ASSOCIATION OF APARTMENT OWNERS OF KONA ALII,
a Hawaii non-profit corporation,
Defendant-Appelle,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS,
PARTNERSHIPS, GOVERNMENTAL AND OTHER ENTITIES 1-10,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 16-1-083K)

ORDER GRANTING IN PART MOTION TO DISMISS APPEAL WITHOUT PREJUDICE
(By: Nakamura, Chief Judge, Leonard and Ginoza, JJ.)

Upon consideration of Plaintiff-Appellant CH1R, Ltd.'s

Motion to Dismiss Appeal filed herein on December 22, 2017, the

memorandum in partial opposition, and the records and files

herein,

IT IS HEREBY ORDERED that said motion is granted in

part.  Plaintiff-Appellant CH1R, Ltd.'s appeal is hereby

dismissed, without prejudice to a timely request for fees and

cost.

DATED: Honolulu, Hawai'i, January 2, 2018.

On the motion:

John R. Dwyer, Jr.,
Mark G. Valencia,
(Case Lombardi & Pettit),
for Plaintiff-Appellant.

Chief Judge

Associate Judge

Associate Judge